**Order entered January 23, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-19-00871-CR**
**No. 05-19-00872-CR**

**HAROLD DUANNE DIXON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 265th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F19-40428-R & F19-40429-R**

## ORDER

Before the Court is appellant's second motion to extend time to file his brief. We

**GRANT** the motion and **ORDER** the brief filed on or before February 20, 2020.


/s/     CORY L. CARLYLE
        JUSTICE